AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LIFETIME BRANDS, INC.

*Plaintiff(s)*

v.

ZULAY LLC

*Defendant(s)*

Civil Action No. 8:17 cv2141 T36 TBM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zulay LLC
By serving its Registered Agent:
Aaron Cordovez
1628 Harvard Street
Clearwater, FL  33755

RECEIVED 2017 SEP 14 PM 3:0[?]
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fredrick H.L. McClure
J. Trumon Phillips
DLA Piper LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, FL 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 4 2017

*Signature of Clerk or Deputy Clerk*